IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Hewlett
V.                                23-CV-1604
Dombeck et. al

MOTION FOR EXTENSION OF TIME IN ORDER TO RESPOND TO THE DEFENDANTS SUMMARY JUDGEMENT MATERIALS:

Honorable Griesbach,
Today I humbly and respectfully come to you requesting leave by the court for a 60-day extension in order to file my response to defendant's materials in this matter based upon the following reasons:

1. I'm not prepared at all to present my response materials and can not meet the set deadline.

2. This case is about complex medical issues, and i'm no medical expert, and so it has been very time consuming, and challenging for me to formulate the context in

which i'm to present my case to this court your Honor.

3. I have a October 24, 2024 trial date for a seperate case of Hewlett v. Hill - Case No. 22-CV-1376, of which I must also dedicate a great amount of time to prepare for, and your the Honorable on that matter too Sir.

4. I've recently contacted attorney Andrew P. Legrand from the Gibson Dunn and Crutcher LLP, out of Dallas Texas, about representing me on this matter, and my other medical suit against these same defendants. And so I really don't know how to adequately present a medical case for deliberate indifference, and so am awaiting response as to if this lawyer will represent me, as it's my Sixth Amendment right to obtain counsel.

5. Due to the medical issues of my hand's cramping up, locking and unlocking at times, with numbness and pain, which is the subject of this lawsuit, it has been a

difficulty litigating this case and putting together my response materials your Honor, for I have to stop due to the issues i'm enduring, and can't write again til the medical problem's ease up. I can't control this aspect sir.

I, Damien Shontell Hewlett, pursuant to 28 U.S.C. § 1746, declare under the penalty of perjury that the foregoing is true and correct.

Respectfully Submitted By,
Damien Shontell Hewlett
Date Of: 10-5-2024